IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH R. BYNUM,

    Petitioner,                    No. CIV S-06-1281 LKK PAN (JFM) P

    vs.

BILL LOCKYER,

    Respondent.                ORDER TO SHOW CAUSE

_____/

        Petitioner is a state prisoner proceeding pro se with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On July 20, 2006, respondent filed a motion to dismiss.  On August 15, 2006, the Clerk issued a Notice of Local Rule 78-230 informing petitioner of his obligation to file an opposition to the motion within twenty-one days.  Petitioner has not filed an opposition to the motion.  Local Rule 78-230(m) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ."  Good cause appearing, IT IS HEREBY ORDERED that petitioner show cause, within twenty days, why respondent's July 20, 2006 motion to dismiss should not be granted.

DATED: September 28, 2006.

*/s/ John F. Moulds*
UNITED STATES MAGISTRATE JUDGE

14/bynu1281.46h

1